IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REPUBLIC FRANKLIN INSURANCE COMPANY, | No. 4:20-CV-01741 |
| Plaintiff, | (Judge Brann) |
| v. | |
| EBENSBURG INSURANCE AGENCY, KEYSTONE INSURERS GROUP, INC. and AMERICAN BUILDERS INSURANCE COMPANY, | |
| Defendants. | |

## ORDER

**AND NOW**, this 2nd day of June 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Ebensburg's and Keystone's motions to dismiss (Doc. 16; Doc. 27) are **GRANTED**.

2. Republic's claims relating to its duty to defend are **DISMISSED** with prejudice. Republic's claims relating to its duty to indemnify are **DISMISSED** without prejudice. Republic may amend its complaint no later than 60 days after the question of liability in the underlying suit has been resolved.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge