IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REPUBLIC FRANKLIN INSURANCE COMPANY, | No. 4:20-CV-01741 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| EBENSBURG INSURANCE AGENCY, *et al.*, | |
| Defendants. | |

## ORDER

**JANUARY 21, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Republic's motion for entry of final judgment (Doc. 36) is **GRANTED**;

2. Final judgment is entered against Republic, pursuant to Federal Rule of Civil Procedure 54(b), as to its claims that it has no duty to defend Keystone or Ebensburg; and

3. For administrative purposes only, the Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge