UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REPUBLIC FRANKLIN INSURANCE COMPANY, | : | No. 4:20-CV-1741 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| vs. | : | |
| | : | |
| EBENSBURG INSURANCE AGENCY, et al., | : | |
| | : | |
| Defendants. | : | |

# JUDGMENT IN A CIVIL ACTION

The Court has ordered that (check one):

___ the plaintiff _____ recover from the defendant _____ the amount of $_____ dollars ($           ), which includes prejudgment interest at the rate of _____ percent, plus post judgment interest at the rate of _____ per annum, along with costs.

___ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recovery costs from the plaintiff _____.

 **X**   OTHER:   final judgment is entered against Republic, pursuant to Federal Rule of Civil Procedure 54(b), as to its claim that it has no duty to defend Keystone or Ebensburg.

This action was:

____ tried by a jury with Judge _____ presiding   and the jury has rendered a verdict.
____ tried by Judge _____ without a jury and the above decision was reached.
 **X**   decided by Judge Matthew W. Brann pursuant to 1/21/2022 Memorandum and Order.


Dated: 1/21/2022			Peter Welsh, Clerk of Court
				By: s/Lisa A. Gonsalves, deputy